ACE SECURITIES CORP., Appellant, v DB STRUCTURED PRODUCTS, INC., Respondent.

Submitted June 9, 2014; decided June 26, 2014

Motion by the Association of Mortgage Investors for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge ABDUS-SALAAM taking no part.

In the Matter of PAUL SHEARMAN ALLEN, an Attorney, Appellant. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Respondent.

Decided June 26, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

In the Matter of JOHNNY BRIGGS, Respondent, v ANGELA MICHELE McKINNEY-MAYS, Appellant.

Submitted May 5, 2014; decided June 26, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.